23 A.3d 1051

Carlos CRUZ, Appellant

v.

PA. DEPARTMENT OF PROBATION AND PAROLE, Appellee.

No. 19 EAP 2011.

Supreme Court of Pennsylvania.

July 15, 2011.

## ORDER

PER CURIAM.

AND NOW, this 15th day of July, 2011, the Application for Summary Relief/Application for Stay is **GRANTED** to the extent that it requests summary relief. The order of the Commonwealth Court is **AFFIRMED**. The Application for Summary Relief/Application for Stay is **DISMISSED AS MOOT** to the extent that it requests a stay of the briefing schedule.